## Curtis M. WRIGHT, Plaintiff–Appellant,

### v.

## Keun YU, Psychiatrist, Defendant–Appellee.

### No. 02–6115.

United States Court of Appeals, Fourth Circuit.

Submitted March 14, 2002.

Decided March 26, 2002.

Curtis M. Wright, Appellant Pro Se. Joseph Barry Chazen, Gina Marie Smith,

Meyers, Rodbell & Rosenbaum, P.A., Riverdale, Maryland, for Appellee.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Curtis M. Wright appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Wright v. Yu*, No. CA–01–365–MJG (D.Md. Jan. 9, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*